List if Creditors (AMENDED)

EXETER

PO Box 166097

Irving, TX 75016


University of North Texas

7300 University Hills Blvd

Dallas, TX 75241


Oklahoma State University

University Mailing Services

601 North Willis St.

Stillwater, OK 74078


Middle Georgia State University

100 University Parkway

Macon, GA 31206


Dallas College

1601 Botham Jean Blvd.

Dallas, TX 75215


TD BANK

PO BOX 1448

GREENVILLE, SC 29602

OPENSKY CAPITAL BANK NA

1900 CAMPUS COMMONS DR SUITE 130

RESTON, VA 20191


CREDIT ONE BANK

PO Box 98873

Las Vegas, NV 89193


CAPITAL ONE BANK USA NA

PO BOX 31293

Salt Lake City, UT 84131


FIRST PREMIER

3820 N Louise Ave

Sioux Falls, SD 57107


ARMED FORCES BANK

3RD & KANSAS

FT LEAVENWORTH, KS 66027


1st Convenience Bank

PO Box 937   ( AMEND )

Killen, TX 76540


AA FCU

4151 Amon Carter Blvd Md-2

Fort Worth, TX 76155

ED FINANCIAL/ESA

120 N Seven Oaks Dr

Knoxville, TN 37922

AIR ACADEMY NATIONAL BANK

2835 BRIARGATE BLVD STE100

COLORADO SPGS, CO 80920

NCB MANAGEMENT SERVICE

1 ALLIED DR

TREVOSE,PA 19053

PARAMOUNT RECOVERY SYS

PO BOX 23369

WACO,TX 76702

Check 'n Go

PO Box 36454

Cincinnati, OH 45236-0454

RS CLARK AND ASSOCIATE

12990 PANDORA DR STE 150

DALLAS,TX 75238

Pulmonary & Critical Care Consultants

7777 Forest Ln c500,

Dallas, TX 75230

TRIDENT ASSET MANAGEMENT

10375 OLD ALABAMA RD STE

ALPHARETTA,GA 30022

Concora Credit

PO Box 4477

Beaverton, OR 97076

Hertz

P.O. Box 716

Park Ridge, NJ 07656

Avis Budget

6 Sylvan Way

Parsippany, N.J 07054

Alamo

600 Corporate Park Drive

Saint Louis, MO 63105

Fox Rent A Car Corporate Headquarters

4135 S 100th E Ave

Tulsa, OK 74146

Sixt

1501 NW 49TH St Ste 100

Fort Lauderdale, FL, 33309


Navy FCU

P.O. Box 3100

Merrifield, VA 22119-3100


Delta FCU

3300 Riverwood Parkway

Atlanta, GA 30339


Publix

3300 Publix Corporate Parkway

Lakeland, Florida, 33811


QuikTrip

4705 S 129th East Ave Tulsa

Oklahoma 74134


Bank of America Corporate Center

100 North Tryon Street

Charlotte, NC 28255


Truist

PO Box 79041

Baltimore, MD 21279-0041

Wells Fargo

420 Montgomery Street

San Francisco, California 94163


Expressjet Airlines

1745 Phoenix Blvd, Suite 500

Atlanta, GA 30349


Verizon

1095 Avenue of the Americas

New York, NY 10036


ATT

1025 Lenox Park Blvd NE

Atlanta, GA 30319


TMobile

1 Ravinia Dr NE Suite 1000

Atlanta, GA 30346


Comcast

1701 John F. Kennedy Boulevard

Philadelphia, PA 19103-2838


Laurel Foot and Ankle Center LLC

14440 Cherry Lane Ct #104

Laurel, MD 20707

Wolfson Eye Institute

1567 Janmar Rd Suite 200

Snellville, GA 30078

Lasik Vision Institute

4150 International Plaza Ste 150

Fort Worth, TX 76109

BlueCross BlueShield

300 E. Randolph Street

Chicago, Illinois 60601

Progressive Insurance

6300 Wilson Mills Rd

Mayfield Village, Ohio, 44143

Geico

1 GEICO Blvd

Fredericksburg VA, 22412

AMERICAN AIRLINES INC

PO Box 73928

Chicago, IL 60673

Piedmont UrgentCare

PO Box 100062

Atlanta, GA 30348

F.H Cann & Associates

100 Domain Drive Ste 200

Exeter, NH 03833

INTERNATIONAL BANK OF COMMERCE

1200 SAN BERNARDO STREET

LAREDO, TX 78040

Public Storage

701 Western Ave

Glendale, CA 91201

Montgomery County Circuit Court

50 Maryland Ave

Rockville, MD 20850

FILED
U.S. Bankruptcy Court
NOV 0 1 2024
Middle District of Georgia



FedEx Envelope – Recycle me

ORIGIN ID:GGGA  (404) 934-8899
TIRON ALEXANDER
4400 AMON CARTER BLVD
UNIT 155024
FORT WORTH, TX 76155
UNITED STATES US

SHIP DATE: 31OCT24
ACTWGT: 0.30 LB
CAD: 6570108/RSAS2570

TO  US BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
433 CHERRY STREET

(478) 762-3606

MACON GA 31201

REF:
INV:
PO:                        DEPT:

FRI – 01 NOV 10:30A
PRIORITY OVERNIGHT

MCNA 31201
GA-US  ATL