List if Creditors (AMENDED)
24-51568

*FILED U.S. Bankruptcy Court NOV 12 2024 Middle District of Georgia*

EXETER
PO Box 166097
Irving, TX 75016

University of North Texas
7300 University Hills Blvd
Dallas, TX 75241

Oklahoma State University
University Mailing Services
601 North Willis St.
Stillwater, OK 74078

Middle Georgia State University
100 University Parkway
Macon, GA 31206

Dallas College
1601 Botham Jean Blvd.
Dallas, TX 75215

Mercer University
1501 Mercer University
Macon, GA 31207

Liberty University

1971 University Blvd

Lynchburg, VA 24515

TD BANK

PO BOX 1448

GREENVILLE, SC 29602

OPENSKY CAPITAL BANK NA

1900 CAMPUS COMMONS DR SUITE 130

RESTON, VA 20191

CREDIT ONE BANK

PO Box 98873

Las Vegas, NV 89193

CAPITAL ONE BANK USA NA

PO BOX 31293

Salt Lake City, UT 84131

FIRST PREMIER

3820 N Louise Ave

Sioux Falls, SD 57107

ARMED FORCES BANK

3RD & KANSAS

PO Box 36454

Cincinnati, OH 45236-0454


RS CLARK AND ASSOCIATE

12990 PANDORA DR STE 150

DALLAS,TX 75238


Pulmonary & Critical Care Consultants

7777 Forest Ln c500,

Dallas, TX 75230


TRIDENT ASSET MANAGEMENT

10375 OLD ALABAMA RD STE

ALPHARETTA,GA 30022


Concora Credit

PO Box 4477

Beaverton, OR 97076


Hertz

P.O. Box 716

Park Ridge, NJ 07656


Avis Budget

6 Sylvan Way

Parsippany, N.J 07054

FT LEAVENWORTH, KS 66027

1st Convenience Bank

PO Box 937

Killen, TX 76540

AA FCU

4151 Amon Carter Blvd Md-2

Fort Worth, TX 76155

ED FINANCIAL/ESA

120 N Seven Oaks Dr

Knoxville, TN 37922

AIR ACADEMY NATIONAL BANK

2835 BRIARGATE BLVD STE100

COLORADO SPGS, CO 80920

NCB MANAGEMENT SERVICE

1 ALLIED DR

TREVOSE, PA 19053

PARAMOUNT RECOVERY SYS

PO BOX 23369

WACO, TX 76702

Check 'n Go

Alamo

600 Corporate Park Drive

Saint Louis, MO 63105


Fox Rent A Car Corporate Headquarters

4135 S 100th E Ave

Tulsa, OK 74146


Sixt

1501 NW 49TH St Ste 100

Fort Lauderdale, FL, 33309


Navy FCU

P.O. Box 3100

Merrifield, VA 22119-3100


Delta FCU

3300 Riverwood Parkway

Atlanta, GA 30339


Publix

3300 Publix Corporate Parkway

Lakeland, Florida, 33811


QuikTrip

4705 S 129th East Ave Tulsa

Oklahoma 74134

Bank of America Corporate Center

100 North Tryon Street

Charlotte, NC 28255

Truist

PO Box 79041

Baltimore, MD 21279-0041

Wells Fargo

420 Montgomery Street

San Francisco, California 94163

Expressjet Airlines

1745 Phoenix Blvd, Suite 500

Atlanta, GA 30349

Verizon

1095 Avenue of the Americas

New York, NY 10036

ATT

1025 Lenox Park Blvd NE

Atlanta, GA 30319

TMobile

1 Ravinia Dr NE Suite 1000

Atlanta, GA 30346

Comcast

1701 John F. Kennedy Boulevard

Philadelphia, PA 19103-2838

Laurel Foot and Ankle Center LLC

14440 Cherry Lane Ct #104

Laurel, MD 20707

Wolfson Eye Institute

1567 Janmar Rd Suite 200

Snellville, GA 30078

Lasik Vision Institute

4150 International Plaza Ste 150

Fort Worth, TX 76109

BlueCross BlueShield

300 E. Randolph Street

Chicago, Illinois 60601

Progressive Insurance

6300 Wilson Mills Rd

Mayfield Village, Ohio, 44143

Geico

1 GEICO Blvd

Fredericksburg VA, 22412


AMERICAN AIRLINES INC

PO Box 73928

Chicago, IL 60673


Piedmont UrgentCare

PO Box 100062

Atlanta, GA 30348


F.H Cann & Associates

100 Domain Drive Ste 200

Exeter, NH 03833


INTERNATIONAL BANK OF COMMERCE

1200 SAN BERNARDO STREET

LAREDO, TX 78040


Public Storage

701 Western Ave

Glendale, CA 91201


Montgomery County Circuit Court

50 Maryland Ave

Rockville, MD 20850



From: 4486 mann Chester Blvd
Monroe, LA 76155

ReadyPost

SHREVEPORT LA 710
5 NOV 2024 PM8ML



To: 433 Cherry St
Macon, GA 31202

Middle GA Bankruptcy Court

Middle District of Georgia

FILED
U.S. Bankruptcy Court
NOV 1 2 2024



USA FOREVER
H2NB HealthcareCommunity



USA FOREVER
H2NB HealthcareCommunity