**FILED**
**U.S. Bankruptcy Court**
**NOV 1 4 2024**
Middle District of Georgia

# Social Security Administration
## Benefit Verification Letter

Date: November 1, 2024
BNC#: ~~24WN104H7~~1084
REF: ~~DI~~

TIRON LEANARD ALEXANDER
4501 MCCANN RD
LONGVIEW TX  75605-2911

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

### Information About Supplemental Security Income Payments

Beginning November 2024, the current Supplemental Security Income payment is $688.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

### Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

### Date of Birth Information

The date of birth shown on our records is March 7, 1990.

### Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

# FedEx

**RECEIVED**
U.S. Bankruptcy Court
NOV 14 2024
Middle District of Georgia

TRK# 0201  2817 7958 5314

FRI - 15 NOV 5:00P
** 2DAY **

MCNA 31201
GA-US  ATL

ORIGIN ID:GGGA  TIRON ALEXANDER  (404) 934-8899
4400 AMON CARTER BLVD
UNIT 155024
FORT WORTH, TX 76155
UNITED STATES US

TO GEORGIA MIDDLE DISTRICT
BANKRUPTY COURT
433 CHERRY ST
MACON GA 31201
(478) 752-3506

SHIP DATE: 13NOV24
ACTWGT: 0.30 LB
CAD: 6994166/SSFE2560
BILL CREDIT CARD