**FILED
U.S. Bankruptcy Court
NOV 14 2024
Middle District of Georgia**

Fill in this information to identify your case:

Debtor 1: Tiron *(First Name)* _____ *(Middle Name)* Alexander *(Last Name)*

Debtor 2 (Spouse, if filing): _____ *(First Name)* _____ *(Middle Name)* _____ *(Last Name)*

United States Bankruptcy Court for the: _____ District of _____

Case number (If known): 24-51568

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1**

Creditor's Name: _____
Number _____ Street _____
_____
City _____ State _____ ZIP Code _____

Describe the property that secures the claim:
_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____   $_____

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.2**

Creditor's Name: _____
Number _____ Street _____
_____
City _____ State _____ ZIP Code _____

Describe the property that secures the claim:
_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____   $_____

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here: $_____

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of ___

Debtor 1 _____  Case number (if known)_____
          First Name     Middle Name     Last Name

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

☐
_____  Describe the property that secures the claim:    $_____    $_____    $_____
Creditor's Name

_____
Number      Street

_____    **As of the date you file, the claim is:** Check all that apply.
                                ☐ Contingent
_____    ☐ Unliquidated
City          State   ZIP Code  ☐ Disputed

**Who owes the debt?** Check one.    **Nature of lien.** Check all that apply.
☐ Debtor 1 only                       ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                          car loan)
☐ Debtor 1 and Debtor 2 only          ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another  ☐ Judgment lien from a lawsuit
                                      ☐ Other (including a right to offset) _____
☐ Check if this claim relates to a
   community debt

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

☐
_____  Describe the property that secures the claim:    $_____    $_____    $_____
Creditor's Name

_____
Number      Street

_____    **As of the date you file, the claim is:** Check all that apply.
                                ☐ Contingent
_____    ☐ Unliquidated
City          State   ZIP Code  ☐ Disputed

**Who owes the debt?** Check one.    **Nature of lien.** Check all that apply.
☐ Debtor 1 only                       ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                          car loan)
☐ Debtor 1 and Debtor 2 only          ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another  ☐ Judgment lien from a lawsuit
                                      ☐ Other (including a right to offset) _____
☐ Check if this claim relates to a
   community debt

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

☐
_____  Describe the property that secures the claim:    $_____    $_____    $_____
Creditor's Name

_____
Number      Street

_____    **As of the date you file, the claim is:** Check all that apply.
                                ☐ Contingent
_____    ☐ Unliquidated
City          State   ZIP Code  ☐ Disputed

**Who owes the debt?** Check one.    **Nature of lien.** Check all that apply.
☐ Debtor 1 only                       ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                          car loan)
☐ Debtor 1 and Debtor 2 only          ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another  ☐ Judgment lien from a lawsuit
                                      ☐ Other (including a right to offset) _____
☐ Check if this claim relates to a
   community debt

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:    $_____

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:    $_____

Debtor 1 _____    Case number (*if known*)_____
         First Name    Middle Name    Last Name

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐  _____    On which line in Part 1 did you enter the creditor? _____
Name                                                             Last 4 digits of account number ___ ___ ___ ___

_____
Number    Street

_____

_____
City                        State           ZIP Code

☐  _____    On which line in Part 1 did you enter the creditor? _____
Name                                                             Last 4 digits of account number ___ ___ ___ ___

_____
Number    Street

_____

_____
City                        State           ZIP Code

☐  _____    On which line in Part 1 did you enter the creditor? _____
Name                                                             Last 4 digits of account number ___ ___ ___ ___

_____
Number    Street

_____

_____
City                        State           ZIP Code

☐  _____    On which line in Part 1 did you enter the creditor? _____
Name                                                             Last 4 digits of account number ___ ___ ___ ___

_____
Number    Street

_____

_____
City                        State           ZIP Code

☐  _____    On which line in Part 1 did you enter the creditor? _____
Name                                                             Last 4 digits of account number ___ ___ ___ ___

_____
Number    Street

_____

_____
City                        State           ZIP Code

☐  _____    On which line in Part 1 did you enter the creditor? _____
Name                                                             Last 4 digits of account number ___ ___ ___ ___

_____
Number    Street

_____

_____
City                        State           ZIP Code

Official Form 106D         Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**              page ____ of ____

# FedEx

RECEIVED
U.S. Bankruptcy Court
NOV 14 2024
Middle District of Georgia

TRK# 0201 2817 7958 5314

388-4556FL

FRI - 15 NOV 5:00P
** 2DAY **

MCNA 31201
GA-US ATL

ORIGIN ID:GGGA  (404) 934-8899
TIRON ALEXANDER
4400 AMON CARTER BLVD
UNIT 155024
FORT WORTH, TX 76155
UNITED STATES US

TO GEORGIA MIDDLE DISTRICT
BANKRUPTCY COURT
433 CHERRY ST

MACON GA 31201
(478) 752-3506
INV:
PO:                                    REF:
                                       DEPT:

SHIP DATE: 13NOV24
ACTWGT: 0.30 LB
CAD: 6994166/SSFE2560

BILL CREDIT CARD