**FILED**
U.S. Bankruptcy Court
**NOV 1 4 2024**
Middle District of Georgia

Fill in this information to identify your case:

Debtor 1: Tiron Alexander
First Name / Middle Name / Last Name

Debtor 2:
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number (If known): 24-51568

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|   | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**
Priority Creditor's Name: _____
Number  Street: _____
_____
City  State  ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     $_____  $_____  $_____
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**
Priority Creditor's Name: _____
Number  Street: _____
_____
City  State  ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     $_____  $_____  $_____
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1 _____    Case number (if known)_____
         First Name    Middle Name    Last Name

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.    Total claim    Priority amount    Nonpriority amount

☐

_____    Last 4 digits of account number  ___ ___ ___ ___    $_____    $_____    $_____
Priority Creditor's Name
_____    When was the debt incurred?    _____
Number    Street
_____    As of the date you file, the claim is: Check all that apply.
_____
City            State    ZIP Code
                                                ☐ Contingent
                                                ☐ Unliquidated
                                                ☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                 **Type of PRIORITY unsecured claim:**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                    ☐ Domestic support obligations
☐ At least one of the debtors and another       ☐ Taxes and certain other debts you owe the government
                                                ☐ Claims for death or personal injury while you were intoxicated
☐ Check if this claim is for a community debt
                                                ☐ Other. Specify _____
**Is the claim subject to offset?**

☐ No
☐ Yes

☐

_____    Last 4 digits of account number  ___ ___ ___ ___    $_____    $_____    $_____
Priority Creditor's Name
_____    When was the debt incurred?    _____
Number    Street
_____    As of the date you file, the claim is: Check all that apply.
_____
City            State    ZIP Code
                                                ☐ Contingent
                                                ☐ Unliquidated
                                                ☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                 **Type of PRIORITY unsecured claim:**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                    ☐ Domestic support obligations
☐ At least one of the debtors and another       ☐ Taxes and certain other debts you owe the government
                                                ☐ Claims for death or personal injury while you were intoxicated
☐ Check if this claim is for a community debt
                                                ☐ Other. Specify _____
**Is the claim subject to offset?**

☐ No
☐ Yes

☐

_____    Last 4 digits of account number  ___ ___ ___ ___    $_____    $_____    $_____
Priority Creditor's Name
_____    When was the debt incurred?    _____
Number    Street
_____    As of the date you file, the claim is: Check all that apply.
_____
City            State    ZIP Code
                                                ☐ Contingent
                                                ☐ Unliquidated
                                                ☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                 **Type of PRIORITY unsecured claim:**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                    ☐ Domestic support obligations
☐ At least one of the debtors and another       ☐ Taxes and certain other debts you owe the government
                                                ☐ Claims for death or personal injury while you were intoxicated
☐ Check if this claim is for a community debt
                                                ☐ Other. Specify _____
**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor 1 _____   Case number (if known)_____
         First Name    Middle Name    Last Name

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☑ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☐ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1**
_____
Nonpriority Creditor's Name

_____
Number    Street

_____
City                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     $_____

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**4.2**
_____
Nonpriority Creditor's Name

_____
Number    Street

_____
City                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     $_____

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**4.3**
_____
Nonpriority Creditor's Name

_____
Number    Street

_____
City                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     $_____

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Debtor 1 _____    Case number (*if known*)_____
         First Name       Middle Name       Last Name

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

☐

_____    Last 4 digits of account number ___ ___ ___ ___    $_____
Nonpriority Creditor's Name
                                                When was the debt incurred?    _____
_____
Number    Street                                As of the date you file, the claim is: Check all that apply.
_____
City                      State    ZIP Code    ☐ Contingent
                                                ☐ Unliquidated
**Who incurred the debt?** Check one.           ☐ Disputed

☐ Debtor 1 only
☐ Debtor 2 only                                 Type of **NONPRIORITY** unsecured claim:
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another       ☐ Student loans
                                                ☐ Obligations arising out of a separation agreement or divorce that
☐ Check if this claim is for a community debt      you did not report as priority claims
                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**             ☐ Other. Specify_____

☐ No
☐ Yes

☐

_____    Last 4 digits of account number ___ ___ ___ ___    $_____
Nonpriority Creditor's Name
                                                When was the debt incurred?    _____
_____
Number    Street                                As of the date you file, the claim is: Check all that apply.
_____
City                      State    ZIP Code    ☐ Contingent
                                                ☐ Unliquidated
**Who incurred the debt?** Check one.           ☐ Disputed

☐ Debtor 1 only
☐ Debtor 2 only                                 Type of **NONPRIORITY** unsecured claim:
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another       ☐ Student loans
                                                ☐ Obligations arising out of a separation agreement or divorce that
☐ Check if this claim is for a community debt      you did not report as priority claims
                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**             ☐ Other. Specify_____

☐ No
☐ Yes

☐

_____    Last 4 digits of account number ___ ___ ___ ___    $_____
Nonpriority Creditor's Name
                                                When was the debt incurred?    _____
_____
Number    Street                                As of the date you file, the claim is: Check all that apply.
_____
City                      State    ZIP Code    ☐ Contingent
                                                ☐ Unliquidated
**Who incurred the debt?** Check one.           ☐ Disputed

☐ Debtor 1 only
☐ Debtor 2 only                                 Type of **NONPRIORITY** unsecured claim:
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another       ☐ Student loans
                                                ☐ Obligations arising out of a separation agreement or divorce that
☐ Check if this claim is for a community debt      you did not report as priority claims
                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**             ☐ Other. Specify_____

☐ No
☐ Yes

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page ___ of ___

Debtor 1 _____    Case number (if known)_____
         First Name    Middle Name    Last Name

## Part 3:    List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

_____  On which entry in Part 1 or Part 2 did you list the original creditor?
Name
                                             Line _____ of  (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims
_____                              ❑ Part 2: Creditors with Nonpriority Unsecured Claims
Number    Street

_____  Last 4 digits of account number ___ ___ ___ ___

_____
City                    State    ZIP Code

_____  On which entry in Part 1 or Part 2 did you list the original creditor?
Name
                                             Line _____ of  (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims
_____                              ❑ Part 2: Creditors with Nonpriority Unsecured
Number    Street                             Claims

_____  Last 4 digits of account number ___ ___ ___ ___

_____
City                    State    ZIP Code

_____  On which entry in Part 1 or Part 2 did you list the original creditor?
Name
                                             Line _____ of  (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims
_____                              ❑ Part 2: Creditors with Nonpriority Unsecured
Number    Street                             Claims

_____  Last 4 digits of account number ___ ___ ___ ___

_____
City                    State    ZIP Code

_____  On which entry in Part 1 or Part 2 did you list the original creditor?
Name
                                             Line _____ of  (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims
_____                              ❑ Part 2: Creditors with Nonpriority Unsecured
Number    Street                             Claims

_____  Last 4 digits of account number ___ ___ ___ ___

_____
City                    State    ZIP Code

_____  On which entry in Part 1 or Part 2 did you list the original creditor?
Name
                                             Line _____ of  (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims
_____                              ❑ Part 2: Creditors with Nonpriority Unsecured
Number    Street                             Claims

_____  Last 4 digits of account number ___ ___ ___ ___

_____
City                    State    ZIP Code

_____  On which entry in Part 1 or Part 2 did you list the original creditor?
Name
                                             Line _____ of  (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims
_____                              ❑ Part 2: Creditors with Nonpriority Unsecured
Number    Street                             Claims

_____  Last 4 digits of account number ___ ___ ___ ___

_____
City                    State    ZIP Code

_____  On which entry in Part 1 or Part 2 did you list the original creditor?
Name
                                             Line _____ of  (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims
_____                              ❑ Part 2: Creditors with Nonpriority Unsecured
Number    Street                             Claims

_____  Last 4 digits of account number ___ ___ ___ ___

_____
City                    State    ZIP Code

Official Form 106E/F              Schedule E/F: Creditors Who Have Unsecured Claims                page ___ of ___

Debtor 1 _____   Case number (*if known*)_____
                First Name     Middle Name     Last Name

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $_____ |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. $_____ |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $_____ |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $_____ |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. $_____ |

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $_____ |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $_____ |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $_____ |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $_____ |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. $_____ |

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ____

# FedEx

**RECEIVED**
U.S. Bankruptcy Court
NOV 14 2024
Middle District of Georgia

TRK# 0201 2817 7958 5314

**TO:** GEORGIA MIDDLE DISTRICT
BANKRUPTCY COURT
433 CHERRY ST
MACON GA 31201

(478) 752-3606

ORIGIN ID:GGGA  TIRON ALEXANDER  (404) 934-8899
44400 AMON CARTER BLVD
UNIT 155024
FORT WORTH, TX 76155
UNITED STATES US

SHIP DATE: 13NOV24
ACTWGT: 0.30 LB
CAD: 6994166/SSFE2560

BILL CREDIT CARD

FRI — 15 NOV 5:00P
** 2DAY **

MCNA 31201
GA-US ATL

FedEx Express E

388-4556L