**Fill in this information to identify your case:**

Debtor: Tiron _____ Alexander
(First Name / Middle Name / Last Name)

Debtor 2 (Spouse If filing): _____

United States Bankruptcy Court for the: _____ District of _____

Case number (If known): 24-51568

FILED
U.S. Bankruptcy Court
NOV 14 2024
Middle District of Georgia

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. Do you have any executory contracts or unexpired leases?
   ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Name _____<br>Number  Street _____<br>City  State  ZIP Code | |
| 2.2 | Name _____<br>Number  Street _____<br>City  State  ZIP Code | |
| 2.3 | Name _____<br>Number  Street _____<br>City  State  ZIP Code | |
| 2.4 | Name _____<br>Number  Street _____<br>City  State  ZIP Code | |
| 2.5 | Name _____<br>Number  Street _____<br>City  State  ZIP Code | |

Official Form 106G           Schedule G: Executory Contracts and Unexpired Leases           page 1 of ___

Debtor 1 _____
         First Name    Middle Name    Last Name

Case number (*if known*)_____

### Additional Page if You Have More Contracts or Leases

**Person or company with whom you have the contract or lease**     **What the contract or lease is for**

2.2
Name _____
Number    Street _____
City _____ State _____ ZIP Code _____

2._
Name _____
Number    Street _____
City _____ State _____ ZIP Code _____

2._
Name _____
Number    Street _____
City _____ State _____ ZIP Code _____

2._
Name _____
Number    Street _____
City _____ State _____ ZIP Code _____

2._
Name _____
Number    Street _____
City _____ State _____ ZIP Code _____

2._
Name _____
Number    Street _____
City _____ State _____ ZIP Code _____

2._
Name _____
Number    Street _____
City _____ State _____ ZIP Code _____

2._
Name _____
Number    Street _____
City _____ State _____ ZIP Code _____

FedEx

RECEIVED
U.S. Bankruptcy Court
NOV 14 2024
Middle District of Georgia

TRK# 2817 7958 5314
0201

(478) 752-3606
PO:

MACON GA 31201
REF:
DEPT:

TO GEORGIA MIDDLE DISTRICT
BANKRUPTY COURT
433 CHERRY ST

ORIGIN ID:GGGA  (404) 934-8899
TIRON ALEXANDER
4400 AMON CARTER BLVD
UNIT 155024
FORT WORTH, TX 76155
UNITED STATES US

SHIP DATE: 13NOV24
ACTWGT: 0.30 LB
CAD: 6994166/SSFE2560

BILL CREDIT CARD

FRI — 15 NOV 5:00P
** 2DAY **

MCNA 31201
GA-US    ATL

FedEx
Express
E
J244024091001

0312  THU 11/14 09:18
BANKRUPTY COURT
433 CHERRY ST
MACON GA

388-4556FL
31201
-7919-99

Align top of FedEx Express® shipping l