# United States Bankruptcy Court
## Middle District of Georgia
### Office of the Clerk

**KYLE GEORGE**
Clerk

Reply to: 433 Cherry Street
P. O. Box 1957
Macon, GA 31202
(478) 752-3506

July 18, 2025

Mr. Tiron Alexander
4400 Amon Carter Blvd
Fort Worth, TX 76155

      RE: Notice of Appeal:   Bankruptcy Case No. 24-51568
                                      District Court Case No. 5:25-cv-308 MTT
                                      Tiron Alexander - Pro Se Appellant

Dear Mr. Alexander:

      A Notice of Appeal in the above-referenced bankruptcy case was filed with the Eleventh Circuit Court of Appeals on **July 14, 2025.** In accordance with Federal Rule of Bankruptcy Procedure 8002(a)(4), the Notice of Appeal was delivered to the Bankruptcy Court and properly transmitted to District Court on **July 18, 2025,** regarding the court's **Order Denying Motion to Reopen and Oral Request for Continuance** dated **June 30, 2025.** Pursuant to Federal Rule of Bankruptcy Procedure 8009, appellant shall serve and file a Designation of Items to be included in the record on appeal and Statement of Issues fourteen (14) days after entry of the appeal on the docket. If no additional documents are to be designated, you shall file a letter with the U.S. Bankruptcy Court for the Middle District of Georgia Clerk's Office stating that no items will be included.

      If a transcript is to be included in the record, you should contact the Bankruptcy Clerk's Office at 478-752-3506 to request that document. There is a fee for this service. Upon receipt of the transcript, you shall file the transcript with the Bankruptcy Court.

      Please feel free to contact me if you have any questions concerning the procedure to follow when filing an appeal.

                                          Sincerely,

                                          Kyle George, Clerk
                                          U.S. Bankruptcy Court
                                          Middle District of Georgia


                                          By: /s/ Michelle Owens
                                               Deputy Clerk