**Bankruptcy Documents**

5:25-cv-00308-MTT ALEXANDER

# U.S. District Court [LIVE AREA]

## Middle District of Georgia

**Notice of Electronic Filing**

The following transaction was entered on 8/7/2025 at 12:02 PM EDT and filed on 8/7/2025
**Case Name:** ALEXANDER
**Case Number:** 5:25-cv-00308-MTT
**Filer:**
**Document Number:** 3

**Docket Text:**
**Notice of BANKRUPTCY APPEAL RECORD filed Bankruptcy APPEAL RECORD including docket sheet and trial exhibits attached. \*\*The Notice of Electronic Filing serves as certification for these appeal documents.\*\* (Taylor-Owens, Michelle)**

**5:25-cv-00308-MTT Notice has been electronically mailed to:**

KYLE GEORGE    kyle_george@gamb.uscourts.gov, cathyd_dunlap@gamb.uscourts.gov, janice_thiel@gamb.uscourts.gov, joanna_jones@gamb.uscourts.gov, michelle_taylor-owens@gamb.uscourts.gov, wendi_williams@gamb.uscourts.gov

**5:25-cv-00308-MTT On this date, a copy of this document, including any attachments, has been mailed by United States Postal Service to any non CM/ECF participants as indicated below::**

TIRON ALEXANDER
UNIT # 155024
4400 AMON CARTER BLVD.
FORT WORTH, TX 76155

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=8/7/2025] [FileNumber=4663031-0]
[af1f29e13ba4529df50d052d742bd4860f736941c699aa496d648030bb33a5cabb3a
11af441311058ad9f5cfc12fd4358de2a76668015a94f510ca4dbaf34aac]]